891 A.2d 613

IN THE MATTER OF THOMAS J. FORKIN,
AN ATTORNEY AT LAW.

February 22, 2006.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 05–274, recommending that **THOMAS J. FORKIN** of **ATLANTIC CITY**, who was admitted to the bar of this State in 1995, be disbarred for unethical conduct, including the knowing misappropriation of escrow funds, in violation of *In re Hollendonner*, 102 *N.J.* 21, 26–27, 504 *A.*2d 1174 (1985), *RPC* 1.15(a) and (b) (failure to safeguard funds), *RPC* 3.4(c) (knowingly disobeying an obligation of the rules of a tribunal), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **THOMAS J. FORKIN** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **THOMAS J. FORKIN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that **THOMAS J. FORKIN** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **THOMAS J. FORKIN** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.